UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

PHYLLIS HAMPTON, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

Shoebacca, Ltd.,

    Defendant.

Case no. 1:25-cv-10323

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: January 12, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
D: (718) 554-0237
Email: Dreyes@ealg.law